**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shane Alan Hamm and        Case # 24-12608
       Angie D. Hamm

             **Debtors**        **CHAPTER 13**

## ORDER

**AND NOW**, upon consideration of the Debtors' Motion to Sever and Convert under 11 U.S.C. § 307 ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. IT IS HEREBY ORDERED that Angie D. Hamm's case be severed from Joint Debtor's Shane Alan Hamm, and that her case be converted to Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1307(a).

**BY THE COURT:**

*Patricia M. Mayer*

—————————————————————
**Patricia M. Mayer**
**UNITED STATES BANKRUPTCY JUDGE**

**Date: March 12, 2026**