United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 26-11025-pmm

Angie D. Hamm                                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                    Page 1 of 3

Date Rcvd: Mar 16, 2026                       Form ID: 309A                                  Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angie D. Hamm, 900 Mickley Rd, Apt B2-3, Whitehall, PA 18052-4221 |
| 15114885 | + | Joshua A. Gildea, Fitzpatrick Lentz & Bubba, P.C., 645 W. Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 15114887 | | Tri-State Financial Inc, PO Box 29352, Phoenix, AZ 85038-9352 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecfnotices@laputkalaw.com | Mar 17 2026 02:05:00 | CHARLES LAPUTKA, Laputka Law Office, 1344 W. Hamilton St., Allentown, PA 18102 |
| tr | + | EDI: QLEFELDMAN.COM | Mar 17 2026 06:06:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 17 2026 02:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 17 2026 02:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 17 2026 02:05:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15114858 | + | EDI: TSYS2 | Mar 17 2026 06:06:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15114860 | + | EDI: PHINGENESIS | Mar 17 2026 06:06:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 15114861 | + | EDI: WFNNB.COM | Mar 17 2026 06:06:00 | CCB/GoodSam, PO Box 182120, Columbus, OH 43218-2120 |
| 15114862 | + | EDI: WFNNB.COM | Mar 17 2026 06:06:00 | CCB/IKEA, PO Box 650964, Dallas, TX 75265-0964 |
| 15114884 | | EDI: CRFRSTNA.COM | Mar 17 2026 06:06:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15114859 | + | EDI: CAPITALONE.COM | Mar 17 2026 06:06:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15114888 | + | EDI: AIS.COM | Mar 17 2026 06:06:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15114863 | + | EDI: CITICORP | Mar 17 2026 06:06:00 | CitiCards, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 15114895 | | EDI: CITICORP | Mar 17 2026 06:06:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate |

District/off: 0313-4    User: admin    Page 2 of 3

Date Rcvd: Mar 16, 2026    Form ID: 309A    Total Noticed: 44

Pl, Sioux Falls, SD 57108-5027

15114864    + EDI: CRFRSTNA.COM

Mar 17 2026 06:06:00    Credit First, PO Box 81315, Cleveland, OH 44181-0315

15114866    Email/PDF: creditonebknotifications@resurgent.com

Mar 17 2026 02:18:15    Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872

15114865    + Email/PDF: creditonebknotifications@resurgent.com

Mar 17 2026 02:18:18    Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873

15114883    EDI: DISCOVER

Mar 17 2026 06:06:00    Discover Bank, PO Box 3025, New Albany, OH 43054-3025

15114867    + EDI: DISCOVER

Mar 17 2026 06:06:00    Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939

15114868    + Email/Text: debtres@firstcomcu.org

Mar 17 2026 02:05:00    First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711

15114892    EDI: JEFFERSONCAP.COM

Mar 17 2026 06:06:00    Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617

15114869    + EDI: CAPITALONE.COM

Mar 17 2026 06:06:00    Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115

15114897    Email/PDF: resurgentbknotifications@resurgent.com

Mar 17 2026 02:18:19    LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

15114870    ^ MEBN

Mar 17 2026 02:01:48    Loandepot.com, 6561 Irvine Center Drive, Irvine, CA 92618-2118

15114889    Email/PDF: MerrickBKNotifications@Resurgent.com

Mar 17 2026 02:18:19    MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368

15114871    + Email/PDF: MerrickBKNotifications@Resurgent.com

Mar 17 2026 02:18:22    Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001

15114872    Email/Text: bankruptcy@ncaloans.com

Mar 17 2026 02:05:00    New Credit America LLC, 811 SW Naito Parkway - Ste 300, Portland, OR 97204

15114898    EDI: PRA.COM

Mar 17 2026 06:06:00    PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541

15114882    + Email/PDF: resurgentbknotifications@resurgent.com

Mar 17 2026 02:18:19    PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008

15114894    EDI: Q3G.COM

Mar 17 2026 06:06:00    Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788

15114886    EDI: Q3G.COM

Mar 17 2026 06:06:00    Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788

15114896    Email/PDF: resurgentbknotifications@resurgent.com

Mar 17 2026 02:18:19    Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

15114873    Email/Text: cathy@scratchpay.com

Mar 17 2026 02:05:00    Scratch, 815 Colorado Blvd Ste 450, Los Angeles, CA 90041

15114875    + EDI: SYNC

Mar 17 2026 06:06:00    SYNCB/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757

15114877    + Email/Text: Atlanticus@ebn.phinsolutions.com

Mar 17 2026 02:05:00    TBOM/Fortiva Personal Loan, PO Box 105555, Atlanta, GA 30348-5555

15114899    Email/Text: bncmail@w-legal.com

Mar 17 2026 02:05:00    TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101

15114878    + EDI: CITICORP

Mar 17 2026 06:06:00    THD/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497

15114876    + EDI: WTRRNBANK.COM

District/off: 0313-4     User: admin     Page 3 of 3

Date Rcvd: Mar 16, 2026     Form ID: 309A     Total Noticed: 44

| Recip ID | | Email/Text | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 17 2026 06:06:00 | Target/TD, PO BOX 673, Minneapolis, MN 55440-0673 |
| 15114879 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 17 2026 02:05:00 | Toyota Motor Credit Corp, 1500 W Park Drive, Westborough, MA 01581-3936 |
| 15114890 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 17 2026 02:05:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15114893 | + | Email/Text: bknotification@loandepot.com | Mar 17 2026 02:05:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15114874 | | SYNCB/Amazon PLCC, PO Box 71737, AR 71737 |
| 15114891 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Angie D. Hamm ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Angie D. Hamm<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–1070<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:    Eastern District of Pennsylvania | | Date case filed in chapter:    13    7/29/24 | |
| Case number:    26–11025–pmm | | Date case converted to chapter:    7    3/12/26 | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
### **Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Angie D. Hamm | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 900 Mickley Rd<br>Apt B2–3<br>Whitehall, PA 18052 | |
| 4. | Debtor's attorney<br>Name and address | CHARLES LAPUTKA<br>Laputka Law Office<br>1344 W. Hamilton St.<br>Allentown, PA 18102 | Contact phone (610) 477–0155<br>Email:  ecfnotices@laputkalaw.com |
| 5. | Bankruptcy trustee<br>Name and address | LYNN E. FELDMAN<br>Lynn E. Feldman, Trustee<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 | Contact phone 610–530–9285<br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor  **Angie D. Hamm**                                              Case number **26–11025–pmm**

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open: |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Office of the Clerk, Gateway Building 201 Penn Street, 1st Floor Reading, PA 19601 | Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M. Contact phone (610)2085040 Date: 3/16/26 |
| 7. | **Meeting of creditors** | **April 16, 2026 at 11:20 AM** | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121** |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/15/26** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |