**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:** Angie D. Hamm**,**                                       **No: 26-11025**

                                **Debtor**                             **CHAPTER 7**

### <u>NOTICE OF CHANGE OF ADDRESS</u>

I, Charles Laputka, Esquire, hereby state that the Debtor, Angie D. Hamm's previous

address was:

> 900 Mickley Rd, Apt B2-3,
> Whitehall Township, PA 18052

Their new address is:

> 231 Robert Morris Blvd #411H,
>
> Allentown, PA 18104

Date: <u>April 10, 2026</u>                              Laputka Law Office, LLC

                                        <u>/s/ Charles Laputka, Esquire</u>
                                        Charles Laputka, Esq.
                                        Attorney for Debtor
                                        PAID: 91984
                                        1344 W. Hamilton St.
                                        Allentown, PA 18102