Certificate Number: 17082-PAE-DE-040853773

Bankruptcy Case Number: 26-11025



17082-PAE-DE-040853773

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 13, 2026, at 8:25 o'clock PM MST, ANGIE D HAMM completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 13, 2026                    By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director