United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 26-11025-pmm |
|---|---|
| Angie D. Hamm | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: 318 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angie D. Hamm, 231 Robert Morris Blvd #411H, Allentown, PA 18104-4579 |
| 15114885 | + | Joshua A. Gildea, Fitzpatrick Lentz & Bubba, P.C., 645 W. Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 15114887 | | Tri-State Financial Inc, PO Box 29352, Phoenix, AZ 85038-9352 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jun 24 2026 04:34:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 24 2026 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 24 2026 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15114858 | + | EDI: TSYS2 | Jun 24 2026 04:34:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15114860 | + | EDI: PHINGENESIS | Jun 24 2026 04:34:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 15114861 | + | EDI: WFNNB.COM | Jun 24 2026 04:34:00 | CCB/GoodSam, PO Box 182120, Columbus, OH 43218-2120 |
| 15114862 | + | EDI: WFNNB.COM | Jun 24 2026 04:34:00 | CCB/IKEA, PO Box 650964, Dallas, TX 75265-0964 |
| 15114884 | | EDI: CRFRSTNA.COM | Jun 24 2026 04:34:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15114859 | + | EDI: CAPITALONE.COM | Jun 24 2026 04:34:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15114888 | + | EDI: AIS.COM | Jun 24 2026 04:34:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15114863 | + | EDI: CITICORP | Jun 24 2026 04:34:00 | CitiCards, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 15114895 | | EDI: CITICORP | Jun 24 2026 04:34:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15114864 | + | EDI: CRFRSTNA.COM | Jun 24 2026 04:34:00 | Credit First, PO Box 81315, Cleveland, OH 44181-0315 |
| 15114866 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2026 00:40:23 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15114865 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0313-4                                    User: admin                                    Page 2 of 3

Date Rcvd: Jun 23, 2026                                Form ID: 318                                   Total Noticed: 42

| | | | |
|---|---|---|---|
| | | Jun 24 2026 00:40:27 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15114883 | EDI: DISCOVER | | |
| | | Jun 24 2026 04:34:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 15114867 | + EDI: DISCOVER | | |
| | | Jun 24 2026 04:34:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15114868 | + Email/Text: debtres@firstcomcu.org | | |
| | | Jun 24 2026 00:35:00 | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 15114892 | EDI: JEFFERSONCAP.COM | | |
| | | Jun 24 2026 04:34:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 15114869 | + EDI: CAPITALONE.COM | | |
| | | Jun 24 2026 04:34:00 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 15114897 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 24 2026 00:40:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15114870 | ^ MEBN | | |
| | | Jun 24 2026 00:34:47 | Loandepot.com, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 15114889 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 24 2026 00:40:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15114871 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 24 2026 00:40:27 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15114872 | Email/Text: bankruptcy@ncaloans.com | | |
| | | Jun 24 2026 00:35:00 | New Credit America LLC, 811 SW Naito Parkway - Ste 300, Portland, OR 97204 |
| 15114898 | EDI: PRA.COM | | |
| | | Jun 24 2026 04:34:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15114882 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 24 2026 00:40:23 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15114894 | EDI: Q3G.COM | | |
| | | Jun 24 2026 04:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15114886 | EDI: Q3G.COM | | |
| | | Jun 24 2026 04:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15114896 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 24 2026 00:40:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15114873 | Email/Text: cathy@scratchpay.com | | |
| | | Jun 24 2026 00:35:00 | Scratch, 815 Colorado Blvd Ste 450, Los Angeles, CA 90041 |
| 15114875 | + EDI: SYNC | | |
| | | Jun 24 2026 04:34:00 | SYNCB/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15114877 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Jun 24 2026 00:35:00 | TBOM/Fortiva Personal Loan, PO Box 105555, Atlanta, GA 30348-5555 |
| 15114899 | Email/Text: bncmail@w-legal.com | | |
| | | Jun 24 2026 00:35:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 15114878 | + EDI: CITICORP | | |
| | | Jun 24 2026 04:34:00 | THD/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 15114876 | + EDI: WTRRNBANK.COM | | |
| | | Jun 24 2026 04:34:00 | Target/TD, PO BOX 673, Minneapolis, MN 55440-0673 |
| 15114879 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Jun 24 2026 00:35:00 | Toyota Motor Credit Corp, 1500 W Park Drive, Westborough, MA 01581-3936 |
| 15114890 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Jun 24 2026 00:35:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: 318 | Total Noticed: 42 |

15114893          +  Email/Text: bknotification@loandepot.com

Jun 24 2026 00:35:00   loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15114874 | | SYNCB/Amazon PLCC, PO Box 71737, AR 71737 |
| 15114891 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Angie D. Hamm ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angie D. Hamm | Social Security number or ITIN   xxx–xx–1070 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Eastern District of Pennsylvania

Case number:   26–11025–pmm

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angie D. Hamm

6/23/26

**By the court:**  Patricia M. Mayer
                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**